Nov 14, 2010

RECEIVED
CLERK'S OFFICE

2010 NOV 22 PM 3 28

Honorable Judge Langstaff,

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
ALBANY, GEORGIA

   I'm writing this letter to you with concerns from my Nov 10, 2010 court appearance. My lawyer, Cynthia Roseberry asked me did I remember where the copy of the cd's came from, and I said Attorney Jarvis. Attorney Jarvis did not give me the copy of the cd's, I'm sending proof to you of where they came from. My lawyer asked me did I take any medication that would inhibit me from answering any questions acurately. I responded by saying my insulin only. The fact of the matter is I take so much medication, I'm afraid I'll never be the person I once was.

                    Sincerely

                    x Michael Williams
                    Michael Williams

APRIL 9, 2007

From: Michael Williams #87417-020
      FCI Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

TO:   U.S. DISTRICT COURT (MDGA)
      OFFICE OF THE CLERK
      401 N. Patterson St., Suite 212
      Valdosta, Ga.31601

RECEIVED
CLERK'S OFFICE
2007 APR 13  AM 9: 59
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
VALDOSTA, GEORGIA

Re:   USA v. Williams, Case No. 04-CR-00005-HL-All

Dear Sir or Madam Clerk:

    I am requesting certain exhibits (Docket Entry 63) pertaining to my trial:

    EXHIBITS Pab1 thru Pab16.

    Would you kindly send any information or instructions on what I have to do in order to obtain the exhibits to the above address.

    Thank you for your consideration of this matter.

Sincerly,

*Michael Williams*
Michael Williams Pro-Se

CC: MW

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK

GREGORY J. LEONARD
CLERK
PHONE: 478/752-3497
FAX: 478/752-3496

MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 128
MACON, GEORGIA 31202-0128

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

April 18, 2007

Mr. Michael Williams
REG87417-020
P.O. Box 725
Edgefield, SC  29824

RE:   USA v. Michael Williams
      Case No: 7:04-CR-5-HL

Dear Mr. Williams:

        Pursuant to your request for copies of trial exhibits PAB 1 through PAB 16,
please be advised that the cost for the copies will be $139.00.  This office must receive
the payment of $139.00 from you before the copies can be made.

        If you have any questions, please feel free to write.

Sincerely,

GREGORY J. LEONARD, CLERK

s/Amy N. Stapleton
Criminal Deputy Clerk

```
            COPY    COPY

          U.S. District Court
       Middle District of Georgia
    475 Mulberry St., Macon, GA  31201
            Macon Division

        ANDERSON, BETTY
          111 TWITTY LANE
        VALDOSTA, GA  31601

9 525159  cma   5/31/2007 @ 10:41
----------------------------------------
Money Order                      138.00
----------------------------------------
 Fund:322350 Cs:7:04-CR-00005-1
 MAIL - USA V MICHAEL WILLIAMS
 COPY FEE - MD#08-698947724
----------------------------------------
Total                            138.00
Tendered                         138.00

            COPY    COPY
```

229-242-6598
Betty Anderson

Michael Williams #6055
Irwin County Det. Center
132 Cotton Dr.
Ocilla, GA 31774

ALBANY GA 317
16 NOV 2010 PM 11
USA 44



SEABISCUIT

Honorable Judge Thomas Q. Langstaff
US District Court
Clerk Office 201
201 West Broad Ave
Albany, GA 31701

31701+2366