RECEIVED
CLERK'S OFFICE

2011 MAR 14 AM 8:51

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Michael Williams
87417-020
FMC Butner
P.O. Box 1600
Butner, NC 27509-4600

March 9, 2011

Clerk
United States District Court
P.O. Box 128
Macon, Georgia 31202-0128

   Case No. 7:08-cv-90028-HL   7O4CR-5

Dear Clerk:

  In May 2010, I filed objections to the Report and Recommendations of United States Magistrate Judge Mallon Faircloth dated May 6, 2010. ("R&R").

  While I had been given counsel for the Section 2255 evidentiary hearing and related matters, such counsel was not in the position to object comprehensively to the R&R.

  Now that the evidentiary hearing has been conducted and related memoranda have been filed, I reasonably assume that I am again pro se.

  Consequently, please amend the record and notice file to reflect this. By copy of this letter, I am confirming with evidentiary hearing counsel that my understanding and desire is to now proceed pro se.

  Please let me know if I need to file any other document to achieve this pro se objective.

  Thank you for your courtesy and assistance.

           Very truly yours,

           *Michael Williams*
           Michael Williams

cc. Cynthia W. Roseberry, Esq.

Name: Michael L Williams 87417-020   Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

⇔87417-020⇔
Court Clerk
PO BOX 128
U.S. District Court
Macon, GA - 31202
United States