# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. 7:04-CR-5 (HL)<br>28 U.S.C. § 2255<br>CASE NO. 7:08-CV-90028 |

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 228), entered on May 17, 2011. The Magistrate Judge recommends that Petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 209) be denied.

Petitioner and his counsel each filed objections to the Recommendation. The Court has reviewed the objections, and has made a *de novo* review of the portions of the Recommendation to which objections have been made. The Court finds the objections to be without merit.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 228). Petitioner's Amended Motion to Vacate (Doc. 209) is denied.[1] In addition, a certificate of appealability is denied.

---

[1] Petitioner's original Motion to Vacate (Doc. 190) is denied as moot. Counsel for Petitioner stated on the record at the evidentiary hearing that Petitioner was proceeding on his Amended Motion to Vacate (Doc. 209) only.

**SO ORDERED**, this the 12th day of July, 2011.

                                              /s/ Hugh Lawson
                                              **HUGH LAWSON, SENIOR JUDGE**

mbh